```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF HAWAII

GLENN MIZUKAMI,                    )    CIV. 12-00102 SOM
                                   )
          Plaintiff,               )    ORDER DENYING MOTION TO
                                   )    RECONSIDER 3/19/12 ORDER
     vs.                           )    DENYING 3/9/12 MOTION TO
                                   )    AMEND JUDGMENT
DONNA C. EDWARDS; THOMAS           )
D. COLLINS III, et al.,            )
                                   )
          Defendants.              )
_____    )
```

ORDER DENYING MOTION TO RECONSIDER 3/19/12 ORDER
DENYING 3/9/12 MOTION TO AMEND JUDGMENT

Plaintiff Glenn K. Mizukami has moved for reconsideration of this court's earlier order denying his Motion To Amend Judgment.

The court continues to read Mizukami as essentially challenging state court rulings. As the court has explained more than once in this case, it is without jurisdiction to review state court rulings. This court is well aware that, having found a lack of jurisdiction, it may not then hypothesize that it does indeed have jurisdiction and address the merits of the case. In denying the Motion To Amend Judgment, this court, while not seeking to hypothesize jurisdiction, recognized that it might be misreading some of Mizukami's claims, in which event the issue was not one of subject matter jurisdiction but of failure to state a claim. Nothing in the reconsideration motion persuades the court to revisit its prior ruling.

To the extent Mizukami's reconsideration motion repeats allegations that the court already had before it when the court denied the Motion To Amend Judgment, Mizukami does not show error by this court. To the extent Mizukami is providing new factual allegations, he does not indicate why those could not have been presented earlier or why they constitute newly discovered evidence.

The judgment entered on February 29, 2012, remains in effect, and the court denies the motion to reconsider the order that denied the Motion To Amend Judgment.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 29, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Glenn Mizukami v. Donna C. Edwards, et al.; CIV. 12-00102 SOM
ORDER DENYING MOTION TO RECONSIDER 3/19/12 ORDER DENYING 3/9/12
MOTION TO AMEND JUDGMENT