# MINUTES

CASE NUMBER:      CV NO. 12-00102 SOM-BMK

CASE NAME:        Glenn K. Mizukami v. Donna C. Edwards, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:

DATE:     4/19/2012                TIME:

---

COURT ACTION:   EO: "MINUTE ORDER"

In light of [11] entry of judgment, the Court FINDS and RECOMMENDS that Plaintiff's [19] Motion for Entry of Default Judgment Against Defendants be DENIED as moot.

IT IS SO FOUND AND RECOMMENDED.

Submitted by kur1, law clerk.