# MINUTES

CASE NUMBER: CV NO. 12-00102 SOM-BMK

CASE NAME: Glenn K. Mizukami v. Donna C. Edwards, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Barry M. Kurren       REPORTER:

DATE: 4/24/2012       TIME:

COURT ACTION: EO: "MINUTE ORDER"

In light of [11] entry of judgment, the Court FINDS and RECOMMENDS that Plaintiff's [22] Motion for Order of Default Judgment Against Defendants be DENIED as moot.

IT IS SO FOUND AND RECOMMENDED.

Submitted by kur1, law clerk.