IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GLENN K. MIZUKAMI, ) | CV 12-00102 SOM-BMK |
| ) | |
| Plaintiff, ) | ORDER ADOPTING MAGISTRATE |
| ) | JUDGE'S FINDINGS AND |
| vs. ) | RECOMMENDATION |
| ) | |
| DONNA C. EDWARDS; THOMAS ) | |
| D. COLLINS III; STATE OF ) | |
| HAWAII; GOV. NEAL ) | |
| ABERCROMBIE; HON. PAUL T. ) | |
| MURAKAMI & HON. R. MAR ) | |
| BROWNING, judges of the Family ) | |
| Court of the First Circuit; HON. ) | |
| DANIEL R. FOLEY, judge, Hawaii ) | |
| Intermediate Court of Appeals; ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 24, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the " Minute Order Re: Findings and Recommendations to Deny Plaintiff's Motion for Order of Default Judgment Against Defendants" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, May 17, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Glenn K. Mizukami v. Donna C. Edwards, et al.; Civ. No. 12-00102 SOM-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION